**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ernesto GALVAN–MATA, also known as Eduardo Martinez, also known as Wilfredo Garza, Defendant–Appellant.**

No. 15–40872
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roberto Balli, Laredo, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Appealing the judgment in a criminal case, Ernesto Galvan–Mata raises an argument that is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 228, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.